UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | |
|---|---|
| TAMMY RENNA BOWLING and TONY BOWLING, | ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) No. 3:03-CV-367 |
| | ) (Shirley) |
| WAL-MART STORES, INC., | ) ) |
| Defendant. | ) |

**O R D E R**

This case is before the undersigned pursuant to 28 U.S.C. § 636(c), Rule 73(b) of the Federal Rules of Civil Procedure, and the consent of the parties, for all further proceedings, including entry of judgment [Doc. 5]. For the reasons set forth in the Memorandum Opinion, filed simultaneously herewith, the Defendant's Motion for Summary Judgment [Doc. 19] is **GRANTED**.

**IT IS SO ORDERED.**

ENTER:

    s/ C. Clifford Shirley, Jr.
United States Magistrate Judge